UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY HASSELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV1632 CDP |
| | ) | |
| JAMES PURKETT, | ) | |
| | ) | |
| Respondent. | ) | |

# MEMORANDUM AND ORDER

Petitioner Larry Hassell has filed a notice of appeal, a motion for leave to appeal in forma pauperis, a motion for leave to retain his prior in forma pauperis status, and an application for a certificate of appealability.

I denied Hassell's petition for writ of habeas corpus on June 15, 2005, and in doing so ruled that I would not grant a certificate of appealability. Because of that ruling, the Clerk of Court has forwarded Hassell's request for a certificate of appealability to the Court of Appeals for its ruling. Hassell was previously granted leave to proceed in forma pauperis, so he technically did not need to file a renewed application to appeal in forma pauperis. In any event, as his financial condition has not changed, I will allow that prior status to continue.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to appeal in forma pauperis [#24] and his motion to retain his in forma pauperis status [#25] are granted.

```
_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE
```

Dated this 14th day of July, 2005.